**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 21-09185PO-001-PHX-ESW |
| Plaintiff, | **ORDER OF RESTITUTION** |
| v. | |
| Frank Joseph Delvecchio, | |
| Defendant. | |

The Court held a Restitution and Sentencing Hearing on August 17, 2022.  At the conclusion of the hearing, the Court took under advisement the issue of restitution.  A Judgment was entered finding the Defendant guilty of Damaging Any Natural Feature or Other Property of the United States in violation of 36 C.F.R. 261.9A, a Class B Misdemeanor, leaving the issue of restitution to be determined.

The Court has considered the testimony of the witnesses and exhibits admitted into evidence.  The Court finds that an award of restitution is appropriate in this case.  The Defendant damaged natural features within the Coon Bluff Recreation Area, a National Park, by spraying them with orange Rust-Oleum Professional Inverted Marking Paint.  The paint is bright orange and not water soluble.  The evidence reflects that the paint has continued to deface the items marked from its application in approximately January 2021 to the present.  The Court further finds that it is reasonable and necessary for the National Forest Service to hire qualified remediation experts to safely return the property to its natural state.  The cost of remediation with a reputable company familiar to the National

1   Forest Service was initially quoted in September 2021 at $5,274.96, based upon 226
2   damaged items.  Most recently in August 2022, the cost of remediation with the same
3   company was quoted at $5,228.75, based upon 189 damaged items.  The cost per item
4   therefore increased from $23.34 per item to $28.57 per item.  No clear explanation for the
5   increase in cost was provided.  Though all items carefully identified by the National Forest
6   Service are marked with orange paint, several are further defaced with grey paint which
7   the Defendant did not apply and for which he is not responsible.

8          The Court finds that a fair and reasonable award of restitution to enable the National
9   Forest Service to remediate the damage Defendant has caused to the property of the United
10  States is $4,271.22.

11         IT IS ORDERED awarding restitution in the amount of $4,271.22.  Defendant shall
12  make monthly payments of $75.00 toward restitution until restitution is paid in full,
13  beginning 60 days from the filing of this order.

14         Dated this 26th day of August, 2022.

_____
Honorable Eileen S. Willett
United States Magistrate Judge